IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL GARCIA d/b/a CAVALRY
MEMORIAL,

      Plaintiff,

v.                                    No. 2:17-cv-00423-JCH-KRS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** comes before the Court upon Plaintiff's Agreed Motion to Extend Expert Deadlines [Doc. No. 29], filed October 5, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order [Doc. No. 24], entered June 29, 2017, shall remain in full force and effect, subject only to the following modifications:

1. The deadline for Plaintiff's expert disclosure shall be **November 10, 2017**.

2. The deadline for Defendant's expert disclosure shall be **December 11, 2017**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE