IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL GARCIA d/b/a CAVALRY
MEMORIAL,

    Plaintiff,

v.                                    No. 2:17-cv-00423-JCH-KRS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** comes before the Court upon Defendant's Agreed Motion to Extend Defendant's Retained Expert Disclosure Deadline (Doc. 32), filed December 11, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order (Doc. 24), entered June 29, 2017, shall remain in full force and effect, subject only to the following modifications:

Defendant's retained expert disclosure deadline shall be **January 12, 2018**.

                                                _/s/ Kevin Sweazea_
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE