IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL GARCIA d/b/a CAVALRY
MEMORIAL,

    Plaintiff,

v.                                                   No. 2:17-cv-00423-JCH-KRS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** comes before the Court upon Plaintiff's Joint Motion to Modify Scheduling Order (Doc. 36), filed February 9, 2018. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Scheduling Order (Doc. 24), entered June 29, 2017, as previously modified (*see* Docs. 30 and 34), shall remain in full force and effect, subject only to the following modifications:

1. Discovery shall terminate on **April 27, 2018**.

2. The deadline for motions relating to discovery shall be **May 4, 2018**.

3. The deadline for all other motions shall be **May 29, 2018**.

4. Plaintiff shall provide a pre-trial order to Defendant by **July 16, 2018**.

5. Defendant shall provide the pre-trial order to the Court by **July 23, 2018**.

                                                      /s/ Kevin Sweazea
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE