## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **SAMUEL GARCIA d/b/a CAVALRY MEMORIAL,** | § § § § | |
| *Plaintiff* | § § | **CIVIL ACTION NO. 2:17-cv-00423-JCH-KRS** |
| **V.** | § § § § § | |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,** | § § | |
| *Defendant* | | |

---

## JOINT MOTION TO DISMISS WITH PREJUDICE

---

TO THE HONORALBLE JUDGE OF SAID COURT:

COMES NOW, Samuel Garcia d/b/a Calvary Memorial and Travelers Casualty Insurance Company of America, parties in the above styled and enumerated cause of action, and file this Joint Motion to Dismiss With Prejudice. In support of the same, the parties would show unto this Honorable Court as follows:

1. Plaintiff and Defendant have reached a settlement agreement.

2. Plaintiff is in the process of submitting financial information to Defendant necessary for payment.

3. The parties anticipate finalizing payment of settlement proceeds in the very near future.

4. Therefore, the parties wish to dismiss this cause of action with prejudice against Defendant.

5. Defendant has no affirmative claims pending with this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Samuel Garcia d/b/a Calvary Memorial prays this Honorable Court to grant a dismissal of all of it claims against Defendant The Travelers Casualty Insurance Company of America for this specific cause of action with prejudice.

RESPECTFULLY SUBMITTED,

*/s/ Jonathan L.R. Baeza*
**MARTINEZ & MARTINEZ LAW FIRM, PLLC**
**JONATHAN L.R. BAEZA**
State Bar No. 148953
730 E. Yandell Dr.
El Paso, Texas 79902
(915) 541-1000
(915) 541-1002 (Facsimile)
jonathan@martinezlawyers.com

OF COUNSEL:

*/s/James M. McClenny*
**MCCLENNY, MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713.334.6121
Facsimile: 713.322.5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Jeri J. Wettestad*

**FORAN GLENNON**
Jeri J. Wettestad
Colorado Bar No. 33719
jwettestad@fgppr.com
1600 Broadway, Suite 2425
Denver, Colorado 80202
Office: 720.336.2244


**ATTORNEY FOR DEFENDANT**