IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| SAMUEL GARCIA d/b/a CAVALRY MEMORIAL,<br>   *Plaintiff*<br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>   *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CV NO. 2:17-cv-00423-JCH-KRS |

## ORDER GRANTING JOINT
## MOTION TO DISMISS WITH PREJUDICE

After considering the parties Joint Motion to Dismiss with Prejudice, this Honorable Court hereby:

GRANTS Joint Motion to Dismiss With Prejudice; and,

ORDERS that all claims and causes of action against Defendant The Travelers Casualty Insurance Company of America for this specific lawsuit be hereby DISMISSED with prejudice.

SIGND this 15th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE